UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:05-00225 |
| | ) | |
| DARRYL ANTOINE STARKS | ) | |

## AMENDED ORDER

This matter came before the Court on June 8, 2012 and January 28, 2013, on a hearing on a violation of the defendant's conditions of supervised release. The defendant having admitted that he has violated the conditions of his supervision, the Court hereby revokes the defendant's term of supervised release. Pursuant to the agreement of the parties, the Court orders the defendant to serve twenty-four (24) months imprisonment in the custody of the Bureau of Prisons. The sentence is ordered to run concurrently with the defendant's current State of Tennessee sentence. Following the defendant's service of his federal sentence, there will be no further supervision. This Order supersedes the Court's prior Order (D.E. 61) entered on January 31, 2013.

It is so ORDERED.

Enter this ___ day of March, 2013.

WILLIAM J. HAYNES, JR.
CHIEF U.S. DISTRICT JUDGE